Dismissed and
Memorandum Opinion filed July 7, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01053-CV

____________

 

ARKA DESIGN AND CONSTRUCTION, INC. AND

APOLINAR TOVAR, Appellants

 

V.

 

JOSE TOPETE AND ELENA TOPETE D/B/A 

FAJITA TACO RESTAURANT, Appellees

 



 

On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2006-08094

 

 

 



MEMORANDUM 
OPINION

            This appeal is from a judgment signed August 17, 2010.  The
clerk’s record was filed January 28, 2011.  The reporter’s record was filed December
15, 2010.  No brief was filed.

            On May 19, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably explaining
why the brief was late, on or before June 20, 2011, the court would dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Chief Justice
Hedges, Justices Seymore and Boyce.